

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10374
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

Appellant's brief was originally due May 13, 2019; however, the court granted an extension of time to file the brief until June 12. Appellant has filed an unopposed motion requesting an additional thirty days to file the brief.

We grant the motion and order appellant's attorney, Jorge G. Aristotelidis, to file appellant's brief by July 12, 2019 (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.



KEITH E. HOTTLE,
Clerk of Court